FILED

03/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0178

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 23-0178

SHAWN WAYNE MALATARE,

    Defendant and Appellant,

v.

STATE OF MONTANA,

     Plaintiff and Appellee.

**ORDER**

Upon consideration of Defendant and Appellant's Motion For Extension of Time, and with good cause shown, Defendant and Appellant Shawn Malatare is hereby granted an extension of time until May 10, 2024 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2024